PERLIN, C.J.

(No. 6121—

ROSECRANCE MEMORIAL HOMES FOR CHILDREN, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed August 30, 1971.*

ROSECRANCE MEMORIAL HOMES FOR CHILDREN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6122—

ROSECRANCE MEMORIAL HOMES FOR CHILDREN, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed August 30, 1971.*

ROSECRANCE MEMORIAL HOMES FOR CHILDREN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.